UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICOLASA MURILLO,

    Plaintiff,

v.    Case No: 6:16-cv-694-Orl-18TBS

COBBLESTONE COURTYARD, INC.
and ANGELINA REDMAN,

    Defendants.

## ORDER

THIS CAUSE comes for consideration on the Plaintiff Nicolasa Murillo's Motion for Default Final Judgment (Doc. 12) (the "Motion"). The Court referred the Motion to United States Magistrate Judge Thomas B. Smith for a report and recommendation (Doc. 15). Defendants Cobblestone Courtyard, Inc. and Angelina Redman filed no objections. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 15) is **APPROVED** and **ADOPTED**.
2. The Court **GRANTS** Plaintiff Nicolasa Murillo's Motion for Final Judgment (Doc. 12).
3. Murillo is **AWARDED** $1,385.00 in actual damages, $1,385 in liquidated damages, and $480.00 in costs.
4. The Clerk of the Court is directed to **ENTER JUDGMENT** and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 24 day of August, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties